B 3A (Official Form 3A) (12/07) - Cont.

# UNITED STATES BANKRUPTCY COURT

## Northern District of Illinois

In re Patricia Ann Cole _____,
         Debtor

Case No. 13-46690

Chapter 7

## ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☐    IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☒    IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ 76.50 _____    Check one ☐ With the filing of the petition, or
                             ☒ On or before 1-3-2014

$ 76.50 _____    on or before 2-3-2014

$ 76.50 _____    on or before 3-4-2014

$ 76.50 _____    on or before 4-3-2014

☐    IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

BY THE COURT

Date: 10 DEC 2013

_____
United States Bankruptcy Judge